*E-filed on* 10/20/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA B. BRADLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO, INC.,<br><br>    Defendant. | No. C-06-04662 RMW<br><br>ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>**[Re Docket No. 10]** |

    Plaintiff Theresa Bradley moves for leave to proceed *in forma pauperis*. For the reasons set forth below, the court denies the application.

    A district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. *See* 28 U.S.C. § 1915(a)(1). However, courts must deny *in forma pauperis* status under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990).

    The court is not satisfied that Bradley should be excused from paying the filing fee. Her application is incomplete; the wages from her last job (with Elite Personnel) are not listed. The court also notes that in one of the many other actions Bradley has initiated, the District Court for the

District of Maryland denied her application to proceed *in forma pauperis* in part because she owned an "albeit allegedly damaged" "$50,000 Jaguar" automobile. *Bradley v. Harford Care Care*, No. PJM-06-1542 (M.D. Md. June 27, 2006). Bradley's application to proceed *in forma pauperis* in this action is therefore denied.

**ORDER**

For the forgoing reasons, the court

1. denies Bradley's application to proceed *in forma pauperis*;
2. instructs Bradley to pay the filing fee before November 1, 2006; otherwise, this action will be dismissed.

DATED:     10/20/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  **A copy of this order was mailed on _____ to:**

2  **Plaintiff (*pro se*):**

3  Theresa B. Bradley
   4500 Connecticut Avenue NW
4  Suite 209
   Washington, DC 20008

5  **Counsel for Defendant:**

6

7  Kirsten Joy Daru; Michele D. Floyd
   Reed Smith LLP
   Two Embarcadero Center
8  Suite 2000
   San Francisco, CA 94111

9

10 Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES—No. C-06-04662 RMW
JAH                                   3