IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA B. BRADLEY,<br><br>   Plaintiff,<br><br>   v.<br><br>YAHOO, INC.,<br><br>   Defendant. | **\*E-FILED - 10/24/06\***<br><br>CASE NO.: C-06-04662-RMW<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    One September 27, 2006, the Court issued its order denying plaintiff's request to proceed in forma pauperis.

    Plaintiff is ordered to make partial payment of the filing fee in the amount of $275.00 by November 3, 2006. The remaining balance shall be paid no later than December 1, 2006. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of her current address. Failure to do so may result in dismissal of this action.

DATED: <u>October 24, 2006</u>

*Ronald M Whyte*
_____
RONALD M. WHYTE
U.S. DISTRICT JUDGE

1
2  Copy of Order E-Filed and Mailed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28