*E-filed on* 10/31/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA B. BRADLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>YAHOO, INC.,<br><br>  Defendant. | No. C-06-04662 RMW<br><br>ORDER REGARDING PAYMENT OF FILING FEE<br><br>**[Re Docket Nos. 11, 13]** |

The court notes that its two orders regarding plaintiff Theresa Bradley's applications for leave to proceed *in forma pauperis* (docket nos. 11 and 13) are not completely consistent.  To prevent confusion, the court hereby clarifies that the terms of the October 24, 2006 order (docket no. 13) control; Bradley must pay $275 of the filing fee by November 3, 2006 and the balance by December 1, 2006 or face dismissal of her action.  Nothing in these orders should be construed to affect defendant Yahoo, Inc.'s motion to dismiss, which is set for hearing on November 3, 2006.

DATED:     10/31/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER REGARDING PAYMENT OF FILING FEE—No. C-06-04662 RMW
JAH

**A copy of this order was mailed on _____ to:**

**Plaintiff (*pro se*):**

Theresa B. Bradley
4500 Connecticut Avenue NW
Suite 209
Washington, DC 20008

**Counsel for Defendant:**

Kirsten Joy Daru; Michele D. Floyd
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.