*E-filed on* 11/22/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THERESA B. BRADLEY, | No. C-06-04662 RMW |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE |
| v. | |
| YAHOO, INC., | |
| Defendant. | |

    The court previously ordered plaintiff Theresa Bradley to pay $275 of the filing fee by November 17, 2006 or face dismissal of this action. Dkt. # 19. To date, Bradley has not paid any portion of the filing fee. Her complaint is therefore dismissed without prejudice.

DATED: 11/22/06

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE—No. C-06-04662 RMW
JAH

**A copy of this order was mailed on _____ to:**

**Plaintiff (*pro se*):**

Theresa B. Bradley
4500 Connecticut Avenue NW
Suite 209
Washington, DC 20008

**Counsel for Defendant:**

Kirsten Joy Daru; Michele D. Floyd
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE—No. C-06-04662 RMW
JAH                                           2